A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By /s/ ROBERTO PEREZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: SEPTEMBER 21, 2007

AO279, TERMED, TRANSFER, VALDEZ

**United States District Court**
**ern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-02178**
Internal Use Only

CV'07 - 1405  KI

Vanguard Products Group, Inc. et al v. Merchandising Technologies, Inc.
Assigned to: Honorable Joan B. Gottschall
Cause: 35:271 Patent Infringement

Date Filed: 04/19/2007
Date Terminated: 08/21/2007
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

### Plaintiff

**Vanguard Products Group, Inc.**                represented by    **David Joseph Marr**
Trexler, Bushnell, Giangiori & Blackstone, Ltd.
105 West Adams Street.
36th Floor
Chicago, IL 60603
(312) 704-1890
Email: dmarr@trexlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Arthur O'Malley**
Trexler, Bushnell, Giangiori & Blackstone, Ltd.
105 West Adams Street.
36th Floor
Chicago, IL 60603
(312) 704-1890
Email: jomalley@trexlaw.com
*ATTORNEY TO BE NOTICED*

**William F Ward, III**
Trexler, Bushnell, Giangiorgi, Blackstone & Marr, Ltd.
105 W. Adams Street
36th Floor
Chicago, IL 60603
(312) 704-1890
Email: wward@bpglaw.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Telefonix, Inc.**                              represented by    **David Joseph Marr**
*both Illinois corporations*                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Arthur O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William F Ward, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merchandising Technologies, Inc.** represented by **Bruce A Kaser**
Vantage Law PLLC
355 N.W. Gilman Boulevard
Suite 203
Issaquah, WA 98027
425 391 8754
*ATTORNEY TO BE NOTICED*

**Lara V. Hirshfeld**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 2200
Chicago, IL 60602
(312) 269-5385
Email: lhirshfeld@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Nancie K. Potter**
Foster Pepper LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204
503 221 7750
*ATTORNEY TO BE NOTICED*

**Paul B. George**
Foster Pepper LLP
601 SW SEcond Avenue
Suite 1800
Portland, OR 97204
(503) 221-7750
*ATTORNEY TO BE NOTICED*

**Robert Edward Browne**
Neal, Gerber & Eisenberg
Two North LaSalle Street

Suite 2200
Chicago, IL 60602
(312) 269-8000
Email: Rbrowne@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Thomas C. McDonough**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 2200
Chicago, IL 60602
(312) 269-8000
Email: tmcdonough@ngelaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/19/2007 | 1 | COMPLAINT filed by Vanguard Products Group, Inc., Telefonix, Inc.; Jury Demand.(rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 2 | CIVIL Cover Sheet. (rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 3 | ATTORNEY Appearance for Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. by David Joseph Marr. (rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 4 | ATTORNEY Appearance for Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. by James Arthur O'Malley. (rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 5 | ATTORNEY Appearance for Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. by William F Ward, III. (rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 6 | STATEMENT by Vanguard Products Group, Inc., Telefonix, Inc. pursuant to Local Rule 3.2 (rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 7 | NOTICE by Vanguard Products Group, Inc., Telefonix, Inc. of Claims involving a Patent. (rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 8 | (Court only) RECEIPT regarding payment of filing fee paid on 4/19/2007 in the amount of $350.00, receipt number 10429555. (rp, ) (Entered: 04/23/2007) |
| 04/19/2007 | 9 | SUMMONS Issued as to Defendant Merchandising Technologies, Inc. (rp, ) (Entered: 04/23/2007) |
| 04/23/2007 |  | MAILED patent report to Patent Trademark Office, Alexandria, VA. (rp, ) (Entered: 04/23/2007) |
| 05/08/2007 | 10 | MINUTE entry before Judge Joan B. Gottschall :Status hearing set for 6/27/2007 at 09:30 AM. Plaintiff is directed to advise the defendants of the status hearing forthwith. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice (rj, ) (Entered: 05/08/2007) |

| 05/09/2007 | 16 | AFFIDAVIT of Service filed by Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. regarding Complaint and Summons served on Merchandising Technologies, Inc. upon Corrie Chase on 4/24/2007. (gej, ) (Entered: 05/11/2007) |
|---|---|---|
| 05/10/2007 | 17 | NOTICE by William F. Ward of Change of Address. (cem) (Entered: 05/14/2007) |
| 05/11/2007 | 11 | ATTORNEY Appearance for Defendant Merchandising Technologies, Inc. by Thomas C. McDonough (McDonough, Thomas) (Entered: 05/11/2007) |
| 05/11/2007 | 12 | ATTORNEY Appearance for Defendant Merchandising Technologies, Inc. by Lara V. Hirshfeld (Hirshfeld, Lara) (Entered: 05/11/2007) |
| 05/11/2007 | 13 | ATTORNEY Appearance for Defendant Merchandising Technologies, Inc. by Robert Edward Browne (Browne, Robert) (Entered: 05/11/2007) |
| 05/11/2007 | 14 | MOTION by Defendant Merchandising Technologies, Inc. for extension of time to file answer *or Otherwise Plead* (Browne, Robert) (Entered: 05/11/2007) |
| 05/11/2007 | 15 | NOTICE of Motion by Robert Edward Browne for presentment of motion for extension of time to file answer 14 (Browne, Robert) (Entered: 05/11/2007) |
| 05/14/2007 | 18 | MEMORANDMUM by Vanguard Products Group, Inc., Telefonix, Inc. in Opposition to motion for extension of time to file answer 14 (Marr, David) (Entered: 05/14/2007) |
| 05/17/2007 | 19 | MINUTE entry before Judge Joan B. Gottschall : Motion hearing held on 5/17/2007. MOTION by Defendant Merchandising Technologies, Inc. for extension of time to file answer or Otherwise Plead by 6/13/2007 14 is granted. Briefing schedule as to Defendant' motion to dismiss is as follows: Defendant's motion to dismiss is due by 6/13/2007. Response by 7/16/2007. Reply in support by 7/30/2007. Ruling by mail. Mailed notice (rj, ) (Entered: 05/21/2007) |
| 06/04/2007 | 20 | MOTION by Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. for preliminary injunction (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Marr, David) (Entered: 06/04/2007) |
| 06/04/2007 | 21 | NOTICE of Motion by David Joseph Marr for presentment of motion for preliminary injunction 20 before Honorable Joan B. Gottschall on 6/7/2007 at 09:30 AM. (Marr, David) (Entered: 06/04/2007) |
| 06/07/2007 | 22 | MINUTE entry before Judge Joan B. Gottschall :Motion hearing held on 6/7/2007. Briefing schedule as to MOTION by Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. for preliminary injunction 20 is as follows: Responses due by 6/21/2007. Replies due by 6/28/2007. Ruling by mail. If deemed necessary, the court will set hearing with it's ruling by mail. Mailed notice (rj, ) (Entered: 06/11/2007) |
| 06/13/2007 | 23 | MOTION by Defendant Merchandising Technologies, Inc. to change venue (McDonough, Thomas) (Entered: 06/13/2007) |
| 06/13/2007 | 24 | MEMORANDUM by Merchandising Technologies, Inc. in support of motion to change venue 23 (Attachments: # 1 Declaration of Nancie K. Potter# 2 Exhibit 1 to Nancie Potter Declaration# 3 Exhibit 2 to Nancie Potter Declaration# 4 Exhibit |

| Date | # | Description |
|---|---|---|
| | | 3 to Nancie Potter Declaration# 5 Exhibit 4 to Nancie Potter Declaration# 6 Exhibit 5 to Nancie Potter Declaration# 7 Exhibit 6 to Nancie Potter Declaration# 8 Exhibit 7 to Nancie Potter Declaration# 9 Exhibit 8 to Nancie Potter Declaration# 10 Exhibit 9 to Nancie Potter Declaration# 11 Exhibit 10 to Nancie Potter Declaration# 12 Exhibit 11 to Nancie Potter Declaration# 13 Declaration of Michael J. Cook# 14 Exhibit 1 to Michael Cook Declaration)(McDonough, Thomas) (Entered: 06/13/2007) |
| 06/13/2007 | 25 | NOTICE by Merchandising Technologies, Inc. re memorandum in support of motion,, 24, MOTION by Defendant Merchandising Technologies, Inc. to change venue 23 (McDonough, Thomas) (Entered: 06/13/2007) |
| 06/18/2007 | 26 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Merchandising Technologies, Inc. by Paul B. George; Order entered granting leave by Judge Joan B. Gottschall. Filing fee $50.00 paid, receipt number 10723273 (hp, ) (Entered: 06/20/2007) |
| 06/18/2007 | 27 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Merchandising Technologies, Inc. by Nancie K. Potter; Order entered granting leave by Judge Joan B. Gottschall. Filing fee $50.00 paid, receipt number 10723272 (hp, ) (Entered: 06/20/2007) |
| 06/21/2007 | 28 | MOTION by Defendant Merchandising Technologies, Inc. for leave to file excess pages (McDonough, Thomas) (Entered: 06/21/2007) |
| 06/21/2007 | 29 | RESPONSE by Merchandising Technologies, Inc. to MOTION by Defendant Merchandising Technologies, Inc. for leave to file excess pages 28 *Defendant's Preliminary Response to Plaintiffs' Motion for A Preliminary Injunction* (Attachments: # 1 Exhibit 1 to Brief# 2 Declaration of Jason Goldberg# 3 Declaration of Ronald J. Stern# 4 Exhibit 1 to Stern Declaration# 5 Exhibit 2 to Stern Declaration# 6 Declaration of Michael Cook# 7 Exhibit 1 to Cook Declaration)(McDonough, Thomas) (Entered: 06/21/2007) |
| 06/21/2007 | 30 | NOTICE by Merchandising Technologies, Inc. re MOTION by Defendant Merchandising Technologies, Inc. for leave to file excess pages 28 (McDonough, Thomas) (Entered: 06/21/2007) |
| 06/21/2007 | 31 | NOTICE of Correction regarding notice of filing 30. (air, ) (Entered: 06/22/2007) |
| 06/21/2007 | 35 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Merchandising Technologies, Inc. by Bruce A Kaser; Order entered granting leave by Judge Joan B. Gottschall. Filing fee $50.00 paid, receipt number 10649436 (hp, ) (Entered: 06/26/2007) |
| 06/22/2007 | 32 | NOTICE of Motion by Thomas C. McDonough for presentment of motion for leave to file excess pages 28 before Honorable Joan B. Gottschall on 6/28/2007 at 09:30 AM. (McDonough, Thomas) (Entered: 06/22/2007) |
| 06/22/2007 | 33 | EXHIBIT by Defendant Merchandising Technologies, Inc. regarding response to motion,, 29 (Attachments: # 1 Exhibit 2 to Michael Cook Declaration)(McDonough, Thomas) (Entered: 06/22/2007) |
| 06/25/2007 | 34 | MINUTE entry before Judge Joan B. Gottschall :Status hearing set for 6/27/2007 at 9:30AM is stricken. Mailed notice (rj, ) (Entered: 06/25/2007) |

| | | |
|---|---|---|
| 06/27/2007 | 36 | MINUTE entry before Judge Joan B. Gottschall :MOTION by Defendant Merchandising Technologies, Inc. for leave to file in excess of fifteen pages it's response to Plaintiff's motion for preliminary injunction 28 is granted. Mailed notice (rj, ) (Entered: 06/27/2007) |
| 06/28/2007 | 37 | MOTION by Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. for leave to file *a brief in excess of 15 pages pursuant to Local Rule 7.1* (Marr, David) (Entered: 06/28/2007) |
| 06/28/2007 | 38 | NOTICE of Motion by David Joseph Marr for presentment of motion for leave to file 37 before Honorable Joan B. Gottschall on 7/5/2007 at 09:30 AM. (Marr, David) (Entered: 06/28/2007) |
| 06/28/2007 | 39 | REPLY by Vanguard Products Group, Inc., Telefonix, Inc. to response to motion,, 29 *in support of its motion for a preliminary injunction* (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Marr, David) (Entered: 06/28/2007) |
| 07/05/2007 | 40 | MINUTE entry before Judge Joan B. Gottschall :Plaintiffs' Motion for leave to file its reply to Defendant's preliminary response to Plaintiffs' Motion for Preliminary Injunction in excess of fifteen pages pursuant to LR 7.1 37 is granted. Mailed notice (rj, ) (Entered: 07/05/2007) |
| 07/09/2007 | 41 | MOTION by Defendant Merchandising Technologies, Inc. for leave to file *a Sur-Reply to Plaintiffs' Motion for a Preliminary Injunction* (McDonough, Thomas) (Entered: 07/09/2007) |
| 07/09/2007 | 42 | SUR-REPLY by Defendant Merchandising Technologies, Inc. *in Opposition to Plaintiffs' Motion for a Preliminary Injunction* (McDonough, Thomas) (Entered: 07/09/2007) |
| 07/09/2007 | 43 | NOTICE of Motion by Thomas C. McDonough for presentment of motion for leave to file 41 before Honorable Joan B. Gottschall on 7/12/2007 at 09:30 AM. (McDonough, Thomas) (Entered: 07/09/2007) |
| 07/10/2007 | 44 | RESPONSE by Vanguard Products Group, Inc., Telefonix, Inc.in Opposition to MOTION by Defendant Merchandising Technologies, Inc. for leave to file *a Sur-Reply to Plaintiffs' Motion for a Preliminary Injunction* 41 (Attachments: # 1 Exhibit A)(Marr, David) (Entered: 07/10/2007) |
| 07/12/2007 | 45 | MINUTE entry before Judge Joan B. Gottschall :Defendant's Motion for leave to file a sur-reply to Plaintiffs' Motion for a Preliminary Injunction 41 is granted.Mailed notice (rj, ) (Entered: 07/13/2007) |
| 07/16/2007 | 46 | RESPONSE by Vanguard Products Group, Inc., Telefonix, Inc. to MOTION by Defendant Merchandising Technologies, Inc. to change venue 23 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Marr, David) (Entered: 07/16/2007) |
| 07/30/2007 | 47 | REPLY by Defendant Merchandising Technologies, Inc. to motion to change venue 23 *Reply Memorandum in Further Support of Defendatn's Motion to Transfer Venue* (Attachments: # 1 Declaration of Nancie K. Potter# 2 Exhibit 1 to Potter Declaration# 3 Exhibit 2 to Potter Declaration# 4 Exhibit 3 to Potter Declaration)(Hirshfeld, Lara) (Entered: 07/30/2007) |

| 08/03/2007 | 48 | MOTION by Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. for leave to file *Sur-Reply* (Marr, David) (Entered: 08/03/2007) |
|---|---|---|
| 08/03/2007 | 49 | SUR-REPLY by Plaintiffs Vanguard Products Group, Inc., Telefonix, Inc. to motion for leave to file 48 (Marr, David) (Entered: 08/03/2007) |
| 08/03/2007 | 50 | NOTICE of Motion by David Joseph Marr for presentment of motion for leave to file 48 before Honorable Joan B. Gottschall on 8/9/2007 at 09:30 AM. (Marr, David) (Entered: 08/03/2007) |
| 08/09/2007 | 51 | MINUTE entry before Judge Joan B. Gottschall :Plaintiffs' motion for leave to file a sur-reply in opposition to Defendant's motion to transfer venue 48 is granted. Mailed notice (rj, ) (Entered: 08/13/2007) |
| 08/21/2007 | 52 | MINUTE entry before Judge Joan B. Gottschall :For the reasons set forth below, defendant's Motion to transfer 23 is granted. Because the court is tranferring this case to the District of Oregon, plaintiffs' motion for preliminary injunction 20 is denied without prejudice as to its renewal. It is hereby ordered that this case is transferred to the District of Oregon. Civil case terminated. Mailed notice (rp, ) (Entered: 08/22/2007) |
| 08/21/2007 | 53 | ENTERED JUDGMENT (rp, ) (Entered: 08/22/2007) |
| 09/21/2007 | 54 | TRANSFERRED to the USDC District of Oregon the eletronic file, certified copy of transfer order, and docket sheet. (rp, ) (Entered: 09/21/2007) |