**Robert A. Shlachter**, OSB No. 911718
Email: rshlachter@stollberne.com
**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
**Jacob S. Gill**, OSB No. 033238
Email: jgill@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VANGUARD PRODUCTS GROUP, INC. an Illinois corporation and TELEFONIX, INC., an Illinois corporation, | Case No. 3:07-CV-1405 BR |
| Plaintiffs, | |
| v. | **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE UNTIMELY DISCLOSURES OR NEW DEFENSES** |
| MERCHANDISING TECHNOLOGIES, INC. an Oregon corporation, | |
| Defendant. | |

Plaintiffs' motion presents a straightforward question:  Does MTI's "35 USC 282 Disclosure" include new defenses or new disclosures of prior art?  If so, those disclosures are untimely.  Unfortunately, MTI does not give a straightforward answer, and for good reason.

On May 6, 2008, pursuant to the Court's scheduling order, MTI identified <u>more than 3,900 pages</u> of documents upon which it would rely to support its invalidity defenses.[1]  Despite its "everything-but-the-kitchen-sink" approach to its disclosure obligations, it is clear that at least the following items from MTI's "35 USC 282 Disclosure" were not included in its May 6, 2008, invalidity disclosures:

| | | | | | |
|---|---|---|---|---|---|
| 00/00/91 | Se-Kure Promotional material | MTI006479-6480 | | | |
| *** | | | | | |
| 08/30/99 | Fax of Wal Mart installation instructions | MTI016602-6606 | | | |
| 11/16/99 | Telefonix sensor projects with marginalia | MTI010681-0683 | | | |
| *** | | | | | |
| 02/02/01 | MTI promotional material | MTI001080 | | | |
| *** | | | | | |
| 11/01/02 | Wal-Mart camcorder security display prototype product installation and operation guide for MTI | DEX 14, Kelsch | | | |
| 11/19/02 | Telefonix quality manual revision 4.0. | DEX 20 Burke | | | |
| 04/00/03 | MTI product manual Target: Security and merchandising display for camcorders and cameras | DEX 16 Kelsch | | | |
| 05/27/03 | MTI brand smart USA CE hand-held proposal contents | DEX 15 Kelsch | | | |
| 05/00/03 | MTI product line manual Freedom hand-held consumer electronics merchandising display | DEX 17 Kelsch | | | |
| *** | | | | | |

[1] MTI disclosed its invalidity contentions on May 6, 2008.  In its invalidity contentions, MTI incorporated by reference its entire prior art disclosure made on March 17, 2008, which identified more than 3,900 pages of alleged prior art references.

**Page  1 –   PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE UNTIMELY DISCLOSURES OR NEW DEFENSES**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

| Not dated | MTI interactive display Promotional material | MTI001704-1082 | | | |
|---|---|---|---|---|---|
| *** | | | | | |
| Not dated | Freedom CEHH merchandising system product overview | MTI028493-8509 | | | |
| *** | | | | | |
| Not dated | Control module connections and settings diagram | MTI000206 | | | |
| *** | | | | | |
| Not dated | Se-Kure Catalog No. 190 | MTI014960-4983 | | | |
| Not dated | Se-Kure Catalog No. 194 | MTI015138-5169 | | | |
| *** | | | | | |
| Not dated | Se-Kure Catalog No. 894 | MTI014985-5016 | | | |
| *** | | | | | |
| Not dated | Se-Kure Circuit City training | MTI005831 | | | |

Accordingly, these disclosures are untimely by many months, and MTI should not be allowed to use the above-listed documents or any other documents not identified in the May 6, 2008, disclosure to support its invalidity defenses.

Moreover, MTI does not explain how the following disclosure—made for the first time in the "35 USC 282 Disclosure"—does not relate to a defense of anticipation:

> In addition to the items previously disclosed, MTI provides notice that the following witnesses may be relied upon as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the invention of the patent in suit.

The disclosure tracks almost exactly the language of Section 102(a), which sets forth the defense of anticipation:

> A person shall be entitled to a patent unless -
> (a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent . . . .

**Page  2 –   PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE
UNTIMELY DISCLOSURES OR NEW DEFENSES**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

35 U.S.C. § 102(a).  In light of this similarity and MTI's confusing discussion of anticipation and Mr. Leyden's '807 patent, plaintiffs can only interpret the "35 USC 282 Disclosure" as an effort by MTI to leave the door open to make some sort of anticipation argument.  MTI says "there is no defense of 'anticipation,' as that defense is commonly understood, and MTI is not proposing it now."  MTI Opp. at 3.  The defense of anticipation is not available to MTI at trial, whether it is the "commonly understood" defense or some attempt to formulate a quasi-anticipation defense.  If MTI truly has abandoned its anticipation defense, the subject matter of this disclosure (and the testimony proposed therein) is irrelevant in addition to being untimely.

Plaintiffs' motion is not confusing.  It presents a clear-cut issue.  MTI's invalidity contentions and disclosures were due May 6, 2008, and MTI should not be allowed to now expand those disclosures.  Accordingly, the only possible proper purpose of MTI's "35 USC 282 Disclosure" would be to narrow MTI's prior disclosures—which it patently does not do.  That ends the inquiry.  MTI should not be allowed to rely on its last-minute disclosure to justify admissibility of any prior art at trial.

Plaintiffs' motion should be granted.

DATED this 4th day of May, 2009.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By:  /s/ Timothy S. DeJong

**Robert A. Shlachter,** OSB No. 911718
**Timothy S. DeJong,** OSB No. 940662
**Jacob S. Gill**, OSB No. 033238
Email: rshlachter@stollberne.com
tdejong@stollberne.com
jgill@stollberne.com

**Attorneys for Plaintiffs**

**Page  3 –   PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE UNTIMELY DISCLOSURES OR NEW DEFENSES**

00204640.DOC

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840